EDWARD H. KUBO, JR.  #2449
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI  #2286
Chief, Narcotics Section

BEVERLY WEE SAMESHIMA  #2556
Assistant U.S. Attorney
PJKK Federal Bldg., Room 6-100
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: Beverly.Sameshima@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 29 2003

at ____ o'clock and ____ min. ____ M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 02-00040 HG |
| | ) | |
| Plaintiff, | ) | SECOND SUPERSEDING |
| | ) | INDICTMENT |
| v. | ) | |
| | ) | [21 U.S.C. §§ 952, 963; |
| | ) | 21 U.S.C. §§ 841, 846] |
| LOVINA L. FARMER   (02), | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

SECOND SUPERSEDING INDICTMENT

COUNT 1

The Grand Jury charges that:

From a time unknown to the Grand Jury up through and including on or about January 17, 2002, in the District of Hawaii and elsewhere, defendant Lovina L. Farmer, and others known and unknown to the Grand Jury, including co-conspirators Douglas

Christian and Donna Christian, Daniel Farmer and Santiago Leones, not charged as defendants herein, knowingly and intentionally conspired to import into the United States from a place outside thereof fifty (50) grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 952(a).

## OVERT ACTS

In furtherance of this conspiracy and in order to attain the objects thereof, the following overt acts, among others, were committed in the District of Hawaii and elsewhere:

1. On or about July 6, 2001, at their residence then located at 5162 Laukona Street, Lihue, Kauai, Hawaii, Daniel and Defendant Lovina L. Farmer possessed video surveillance equipment as cameras and a monitor.

2. On or about July 6, 2001, at their residence then located at 5162 Laukona Street, Lihue, Kauai, Hawaii, Daniel Farmer possessed approximately 6.84 grams, net weight, of methamphetamine.

3. On or about September 21, 2001, and at earlier times during the period of this conspiracy, at their residence then located at 5162 Laukona Street, Lihue, Kauai, Hawaii, Defendant Lovina L. Farmer possessed a paper copy of the FedEx

"Track Shipments Detailed Results" for a FedEx shipment with tracking number 830939101616.

    4. In or around September 2001, Lovina L. Farmer and others caused to be sent a parcel containing a quantity of methamphetamine from the Philippines to Kauai via San Diego, California;

    5. On or about September 20, 2001, Lovina L. Farmer spoke on the telephone with her son, Jaylord Medallon to discuss sending the September parcel from San Diego to Kauai.

    6. In or around October 2001, Lovina L. Farmer and others caused to be sent a parcel containing a quantity of methamphetamine from the Philippines to Kauai;

    7. In or around December 2001, Lovina L. Farmer and others caused to be sent a parcel containing a quantity of methamphetamine from the Philippines to Kauai.

    8. On or about January 17, 2002, on the Island of Kauai, Hawaii, Douglas Christian and Donna Christian accepted delivery of a parcel from the Philippines and took the parcel to 4250 Uhu Place, Puhi, Kauai, the residence of Daniel and Lovina L. Farmer.

    9. On or about January 17, 2002, Daniel and Lovina L. Farmer accepted the parcel from Donna Christian at their residence at 4250 Uhu Place.

10. On or about January 17, 2002, at 4250 Uhu Place, Puhi, on the Island of Kauai, Hawaii, Defendant Lovina L. Farmer handled the subject parcel and its interior contents.

All in violation of Title 21, United States Code, Sections 963, 952(a), and 960(b)(1).

## COUNT 2

The Grand Jury further charges that:

From a time unknown to the Grand Jury up through and including on or about January 17, 2002, in the District of Hawaii and elsewhere, Defendant Lovina L. Farmer, and others known and unknown to the Grand Jury knowingly and intentionally conspired to distribute and possess with intent to distribute fifty (50) grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## OVERT ACTS

In furtherance of this conspiracy and in order to attain the objects thereof, the same overt acts alleged in Count 1 of this Indictment were committed and are hereby incorporated herein by reference.

All in violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

COUNT 3

The Grand Jury further charges that:

On or about September 13, 2001, in the District of Hawaii, Defendant Lovina L. Farmer knowingly and intentionally imported into the United States from a place outside thereof fifty (50) grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 952(a).

COUNT 4

The Grand Jury further charges that:

On or about January 17, 2002, in the District of Hawaii, Defendant Lovina L. Farmer knowingly and intentionally imported into the United States from a place outside thereof fifty (50) grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 952(a).

All in violation of Title 21, United States Code, Section 952(a).

COUNT 5

The Grand Jury further charges that:

On or about January 17, 2002, in the District of Hawaii

Defendant Lovina L. Farmer, knowingly and intentionally attempted to possess with intent to distribute fifty (50) grams or more of methamphetamine, its salts, isomers and salts of its isomers, in violation of 21 United States Code Section 841(a).

All in violation of Title 21, United States Code, Section 846.

DATED: October 29, 2003, Honolulu, Hawaii.

A TRUE BILL

/s/

FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI
Chief, Narcotics Section

BEVERLY WEE SAMESHIMA
Assistant U.S. Attorney

United States v. Lovina Farmer,
Cr. No. 02-00040 HG
   "Second Superseding Indictment"