November 2, 2006

# DISCTRICT COURT RECORD RETURN FORM

## U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT
## 95 SEVENTH STREET
## SAN FRANCISCO, CALIFORNIA 94103
### (415) 556-9920

**District Court/Agency:** USDC Hawaii (Honolulu)

**Lower Court Number:** CR-02-00040-HG

**Appeal Number:** 05-10393

**Short Title:** USA v. Farmer

RECEIVED
CLERK U.S. DISTRICT COURT
NOV 0 9 2006
9:24
DISTRICT OF HAWAII

**Volumes**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Clerk's Records in: | 6 | | | | 0 | Certified Copy(ies) | | |
| Reporters Transcripts in: | 16 | | | | | | | |
| Bulky Documents in: | 0 | Envelopes | 0 | Expandos | 0 | Folders | 0 | Boxes |
| | 0 | Other | | | | | | |
| State Lodged Docs in: | 0 | Envelopes | 0 | Expandos | 0 | Folders | 0 | Boxes |
| | 0 | Other | | | | | | |

**Other:** 18 SEALED Documents.

Case not closed out, we may need record back if checked here: _____

Note:
THE FOLLOWING ITEMS ARE MISSING AND A SEARCH HAS BEEN PLACED.
ALL MISSING ITEMS WILL BE RETURNED AS SOON AS THEY ARE LOCATED.