November 2, 2006

# DISTRICT COURT RECORD RETURN FORM

## U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT
## 95 SEVENTH STREET
## SAN FRANCISCO, CALIFORNIA 94103
### (415) 556-9920

**District Court/Agency:** USDC Hawaii (Honolulu)
**Lower Court Number:** CR-02-00040-HG
**Appeal Number:** 05-10393
**Short Title:** USA v. Farmer

RECEIVED
CLERK, U.S. DISTRICT COURT
NOV 09 2006
9:15 am
DISTRICT OF HAWAII

**Volumes**

| | | | |
|---|---|---|---|
| Clerk's Records in: | 6 | 0 | Certified Copy(ies) |
| Reporters Transcripts in: | 16 | | |

Bulky Documents in: 0 Envelopes  0 Expandos  0 Folders  0 Boxes
0 Other

State Lodged Docs in: 0 Envelopes  0 Expandos  0 Folders  0 Boxes
0 Other

**Other:** 18 SEALED Documents.

Case not closed out, we may need record back if checked here: _____

Note:
THE FOLLOWING ITEMS ARE MISSING AND A SEARCH HAS BEEN PLACED.
ALL MISSING ITEMS WILL BE RETURNED AS SOON AS THEY ARE LOCATED.

United States Court of Appeals for the Ninth Circuit
Record Transmittal Form

Date: February 28, 2006

To:   United States Court of Appeals        Attn:   ( )    Civil
      For the Ninth Circuit
      Office of the Clerk                           (✓)   Criminal
      95 Seventh Street
      San Francisco, California 94103              ( )    Judge

From: United States District Court
      300 Ala Moana Blvd. Room C-338
      Honolulu, Hawaii 96813

DC No:          CR 02-00040HG            Appeal No:    05-10393

Short Title:    U.S.A. vs. Farmer

Clerk's Files in      6        volumes  (✓) original  ( ) certified copy

Bulky docs    _____          volumes (folders)   docket #

Reporter's           16        volumes  (✓) original  ( ) certified copy
Transcripts

Exhibits      _____          volumes  ( ) under seal

                               boxes    ( ) under seal

Other:
-certified copy of docket sheet
-sealed document
nos:#41,54,55,56,124,138,140,179,263,277,284,287,288,290,292,293,295,314.

Acknowledgment: _____  Date: _____

cc: all parties of record