ORIGINAL

LOVINA L. FARMER # 88540-022
FEDERAL CORRECTIONAL CAMP
P.O. BOX 5100
ADELANTO, CA. 92301

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 04 2007

at __ o'clock and __ min __ M.
SUE BEITIA, CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF
HAWAII

UNITED STATES OF AMERICA      )
           RESPONDENT         )
                              )
V                             )
                              )   CRIMINAL CASE # 1:02CR00040-
LOVINA L. FARMER              )                    002 HG
           DEFENDANT          )
                              )   MOTION TO GRANT AN EXTENTION
                              )   TO FILE § 2255 MOTION TO
                              )   VACATE OR REDUCE SENTENCE

COMES NOW PETITIONER LOVINA L. FARMER Pro Se requesting this Honorable Court to please **Grant** Petitioner an extention to file a § 2255 do to the fact that petitioner is not an expert in the law and need to find case law related to her case.

Petitioner's due date to file this § 2255 is due on October 2, 2007 this is within the one year limitation.

For all this reasons petitioner Farmer respectfully request and extention.

Respectfully Submitted

_Lovina Farmer_
Lovina L Farmer
Federal Correctional Camp

## CERTIFICATE OF SERVICE

This is to certified that I Lovina L. Farmer deposit this Motion to request an extention to file a § 2255 on a Federal Correction Camp mailbox on this 2 day of October, 2007

*Lovina Farmer*
Lovina L Farmer
Federal Correctional Camp
P.O. Box 5100
Adelanto, Ca. 92301