NAME LOVINA L FARMER
REG # 88539-022
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 5100
ADELANTO CA 92301

SAN BERNARDINO CA 923
US OCT 2007 PM 3

United States District
Court for the District of Hawaii
304 United States Courthouse
300 Ala Moana Blvd
Honolulu, Hawaii 96850


USA First-Class