FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 28 2008

at ___ o'clock and 30 min. P M
SUE BEITIA, CLERK

AO 243 (Rev. 5/85)

MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT
SENTENCE BY A PERSON IN FEDERAL CUSTODY

| **United States District Court** | District UNITED STATES DISTRICT OF HAWAII | |
|---|---|---|
| Name of Movant LOVINA FARMER | Prisoner No. | Case No. 02-00040-HG |
| Place of Confinement FEDERAL CORRECTIONAL CAMP P.O BOX 5100 ADELANTO, CA. 92301 | | |

UNITED STATES OF AMERICA          V.    LOVINA FARMER
(name under which convicted)

## MOTION

1. Name and location of court which entered the judgment of conviction under attack _____
UNITED STATES DISTRICT COURT FOR THE DISTRICT COURT OF HAWAII

2. Date of judgment of conviction   MAY 13, 2005

3. Length of sentence.   145 MONTHS

4. Nature of offense involved (all counts)   TITLE 21 U.S.C. § 862

_____

_____

_____

5. What was your plea? (Check one)
   (a) Not guilty          ☐
   (b) Guilty              ☒
   (c) Nolo contendere     ☐

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

   _____

   _____

   _____

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury               ☐
   (b) Judge only         ☒

7. Did you testify at the trial?
   Yes ☐ No ☒

8. Did you appeal from the judgment of conviction?
   Yes ☒ No ☐

(2)

AO 243 (Rev. 5/85)

9.  If you did appeal, answer the following:

    (a) Name of court __UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT__

    (b) Result _____ **AFFIRMED** _____

    (c) Date of result _____ **MAY 16 2005** _____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications or motions with respect to this judgment in any federal court?
Yes ☐ No ☐

11. If your answer to 10 was "yes," give the following information:

    (a) (1) Name of court _____

       (2) Nature of proceeding _____

                                                             _____

       (3) Grounds raised_____

                                   _____

                                   _____

                                   _____

                                   _____

       (4) Did you receive an evidentiary hearing on your petition, application or motion?
          Yes ☐ No ☒

       (5) Result_____

       (6) Date of result _____

    (b)  As to any second petition, application or motion give the same information:

       (1) Name of court ___ **NONE** _____

       (2) Nature of proceeding _____

                                   _____

       (3) Grounds raised_____

                                     _____

                                   _____

                                   _____

                                   _____

AO 243 (Rev. 5/85)

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impanelled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: ____VIOLATION OF CONSTITUTIONAL RIGHTS_____

_____

Supporting FACTS (state *briefly* without citing cases or law) _____

____SEE ATTACHED_____

_____

_____

_____

_____

B. Ground two: ____INEFFECTIVE ASSISTANCE OF COUNSEL_____

_____

Supporting FACTS (state *briefly* without citing cases or law): _____

____SEE ATTACHED_____

_____

_____

_____

_____

C. Ground three: ____VIOLATION OF PLEA AGREEMENT_____

_____

Supporting FACTS (state *briefly* without citing cases or law): _____

_____

_____

_____

_____

AO 243 (Rev. 5/85)

    (e) On appeal _____

_____

    (f) In any post-conviction proceeding _____

_____

    (g) On appeal from any adverse ruling in a post-conviction proceeding _____

_____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
    Yes ☐ No ☒☒

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
    Yes ☐ No ☒☒

    (a) If so, give name and location of court which imposed sentence to be served in the future: _____

_____

_____

    (b) Give date and length of the above sentence: _____

_____

    (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
    Yes ☐ No ☒☒

Wherefore, movant prays that the Court grant him all relief to which he may be entitled in this proceeding.

_____

Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

2 | 19 | 08
_____
      (date)

_____
Signature of Movant

**LOVINA FARMER**