CERTIFICATE OF SERVICE

This is to certified that I Lovina Farmer deposit this Affidavit on a Federal Correctional Mailbox in the City of Adelanto, Ca. 92301 on this 25 day of February, 2008

Lovina Farmer<br>
Federal Correctional Camp<br>
P.O. Box 5100<br>
Adelanto, Ca. 92301