

# Federal Bureau of Prisons
## FDC, Honolulu
### Certificate of Achievement

This is to certify that

**Lovina Farmer**

has satisfactorily completed

**Drug Education**

This certificate is hereby issued May, 2005.

Emily L. Streeter, Psy.D.
Chief Psychologist

Jonathan Walser
Drug Treatment Specialist

# Certificate of Achievement

**SPC Victorville Education Department**
Victorville, California

*Certifies that*

## Lovina Farmer

*has successfully completed the Adult Continuing Education*

### Resume Writing/Career Development Course

*This certificate is hereby issued this Ninth day of September 2005*

_____
SPC Victorville Education Staff

_____
M Placke
Assistant Supervisor of Education



# Certificate of Completion

Congratulations for Completing:

Ceramics Class~ 11.21.07 – 1.23.08

## Lovina Farmer

This award is presented to:

M. Hazel, Sports Specialist
2.22.08

# FEDERAL BUREAU OF PRISONS

## CERTIFICATE OF COMPLETION



### LOVINA L. FARMER

has completed the

FPC VICTORVILLE

**Stress Management Group**

September 17, 2007

_____
M. Pacheco, M.S., A.B.D.
Psychology Treatment Specialist

_____
Glenn R. Young, Ph.D.
Chief Psychologist FCC Victorville



# Certificate of Completion

CONGRATULATIONS FOR COMPLETING:
DANCE AEROBICS CLASS
9.24.07-11.09.07

THIS AWARD IS PRESENTED TO:

*Farmer*

Sports Specialist, M. Hazel
12.7.07

*Salvation Army*

In recognition of participation in a study of the Biblical book "Ruth"

LOVINA FARMER

is hereby awarded this

## Certificate of Completion

"...And now, my daughter, don't be afraid. I will do for you all you ask. All my fellow townsmen know that you are a woman of noble character."

Ruth 3:11

_____
Instructor

On this 15th, day of May 2003

# CERTIFICATE OF RECOGNITION



In honor of your outstanding performance
We hereby present

## Lovina Farmer

with this certificate of Achievement

### How To Talk So Kids Will Listen

Adult Continuing Education / Parenting Program

On this 18th day of March 2004

_____
Patricia Ocasio
Supervisor of Education/Recreation

_____
Sheryl-Lynn Camello
Adult Continuing Ed/Parenting Coordinator

# CERTIFICATE OF RECOGNITION



In honor of your outstanding performance
We hereby present

## Lovina Farmer

with this certificate of Achievement

**Long Distance Moms**
Adult Continuing Education / Parenting Program

On this 4th day of May 2005

_Patricia Ocasio_
Patricia Ocasio
Supervisor of Education/Recreation

_Sheryl-Lynn Camello_
Sheryl-Lynn Camello
Adult Continuing Education/Parenting Coordinator

# Certificate of Achievement

*Present to*

## Lovina Farmer

*For Successful Completion of the A.C.E. Aerobics Class at ADC Honolulu*

J. Kahit, Sports Specialist
10/23/02

# Certificate of Achievement

This certifies that

L. FARMER

has satisfactorily completed

COUNTRY LINE DANCING

Consisting of 8 Hours of Training

This certificate is hereby issued this 22 day of SEPTEMBER, 20 05





Recreation



# Certificate of Completion

CONGRATULATIONS FOR COMPLETING:
BEGINNING LINE DANCE CLASS: 8.15.05-10.3.05

*Loyina Farmer*

THIS AWARD IS PRESENTED TO:

SPORTS SPECIALIST, M. HAZEL

# Certificate of Completion

CONGRATULATIONS FOR COMPLETING:
SALSA CLASS- 8.14.05-10.2.05

THIS AWARD IS PRESENTED TO:

*Lovina Farmer*

_____
Sports Specialist, M. Hazel

PRISON FELLOWSHIP®

*This*

# CERTIFICATE *of* COMPLETION

*Is Presented to*

Lorna Farmer

*for the Successful Completion of*

**Victorious Christian Living**

## Physical

*"A bruised reed he will not break,*
*A smoldering wick he will not snuff out;*
*In faithfulness he will bring forth justice."*
*—Isaiah 42:3*

[illegible] 5/19/07

*Instructor* *Date*

CTGN1

# Certificate of Participation



L. FARMER

has participated with distinction in

PAINTING CLASS
(8 Hours)

Awarded with appreciation

this 30th day of June

in the year 2006.

Signed
K. Colman, RS

K. McNeary, SQR

