LOVINA FARMER 88539-022
FEDERAL CORRECTIONAL CAMP
P.O. BOX 5100
ADELANTO, CA. 92301

RECEIVED
CLERK U.S. DISTRICT COURT

FEB 28 2008

DISTRICT OF HAWAII

UNITED STATES DISTRICT OF HAWAII
304 UNITED STATES COURTHOUSE
300 ALA MOANA BLVD
HONOLULU, HAWAII 96850