# MINUTES

| | |
|---|---|
| CASE NUMBER: | Civil No. 08-00102 HG KSC<br>Criminal No. 02-00040 HG |
| CASE NAME: | United States v. Lovina Farmer |
| ATTYS FOR PETITIONER: | Pro Se |
| ATTYS FOR RESPONDENT: | Beverly W. Sameshima |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | |
| DATE: | March 11, 2008 | TIME: | |

### MINUTE ORDER

On February 28, 2008, Movant Lovina Farmer filed a Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody under 28 U.S.C. § 2255.

Pursuant to LR 7.10, respondent United States has until on or before **March 31, 2008** to file a response addressing the matters asserted in the petition as grounds for relief.




Submitted by:  Mary Rose Feria, Courtroom Manager

cc:   Above counsel and pro se parties
      Judge Gillmor's chambers