# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR 02-00040HG-002 |
| CASE NAME: | UNITED STATES OF AMERICA v. (02) LOVINA L. FARMER |
| ATTY FOR PLA: | Lovina L. Farmer |
| ATTY FOR DEFT: | Beverly W. Sameshima, AUSA |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | |
| DATE: | March 13, 2008 | TIME: | |

COURT ACTION:    <u>MINUTE ORDER</u>

The Court is in receipt of Movant Lovina Farmer's "Motion Under 28 U.S.C. §2255 to Vacate, Set Aside, or Correct Sentence By a Person in Federal Custody" and "Affidavit in Support of §2255", both filed February 28, 2008.

On December 10, 2007, the Court entered an "Order Denying Defendant Lovina L. Farmer's Motion to Grant an Extension to File §2255 Motion to Vacate or Reduce Sentence." In that Order, the Court pointed out that Farmer's Section 2255 Motion, if and when it was filed, would be untimely, and that "Farmer has not shown extraordinary circumstances as to why the Court should grant an extension of time." The Court further noted: "If Farmer chooses to file her Section 2255 Motion, the Court will determine, at that time, after briefing by Farmer and the government, whether her motion will be considered timely. To be considered timely, Farmer must show that equitable tolling applies."

Farmer's February 28, 2008 filings do not provide any explanation as to why equitable tolling would apply.

Farmer has until **April 14, 2008** to file a memorandum explaining why equitable tolling applies under the circumstances of her case.

The Government has until **May 14, 2008** to file a response.

The Court will not consider merits of the Section 2255 Motion until resolving the timeliness issue. The Court's Minute Order, dated March 11, 2008, directing the Government to file a response addressing the matters asserted in the petition as grounds

for relief by March 31, 2008 is **VACATED**.

Submitted by: Mary Rose Feria, Courtroom Manager