LOVINA FARMER #
FEDERAL CORRECTIONAL CAMP
P.O. BOX 5100
ADELANTO, CA. 92301

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 10 2008

at\_\_\_o'clock and \_\_\_\_min.\_\_\_M.
SUE BEITIA, CLERK

UNITED STATES OF DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　　　　RESPONDENT<br><br>V<br><br>LOVINA FARMER<br>　　　　PETITIONER | CRIMINAL CASE NUMBER 1:02 CR 00040 HG<br>RESPOND TO HONORABLE COURT ORDER |

**COMES NOW PETITIONER LOVINA FARMER** Pro Se requesting this Honorable Court to accept this motion and grant petitioner the opportunity to be heard and allow the truth to comeforward.

**PRO SE STATUS JUDICIAL INTERPRETATION AND CONSTRUCTION**

The defendant is filing this Motion Pro Se, being indigent and having no legal training or experience and being limited by the functional constraints of incarceration the defendant is depending upon this court to review the facts, the remedies and to apply the aprorieate rule or statutes the facts and requested relief dictate, See U.S. v Young 936 F.2d (Ca. 9 1991).

On March 13, 2008 this Honorable Court entered an order to petitioner Lovina Farmer in which this Honorable Court wanted to know why petitioner did not file her § 2255 motion on time. On March 16, 2006 petitioner Farmer was diagnosed with breast Cancer. Upon recomendation of the Camp Medical Staff, petioner Farmer was transfered from Victorville Camp to Carswell FMC, Texas on May 16, 2006, petitioner Farmer underwent lumpectomy on Sept. 2006. Following January 2007, the petitioner was scheduled for the beyond stage of her surgery. Immidiately after petitioner went through intensive care treatment and recovery. On May 2007, petitioner was returned to Victorville Camp and attented by the Camp Medical staff for follow up care. Due to the uncerrainties of her medical issues, petitioner suffered from anxiety and depression. The lack of legal services and petitioner little knowledge of the Law hindered her ability to response on time.

Petitioner contacted her counsel Pafundi and requested for a copy of her Transcript and received no response. A relative of the petitioner obtained a copy of the transcript from the court. Said transcript was received on the last week of September 2007.

For the information provided above by the §2255 motion was not filed on time. Petitioner pray this Honorable Court to accpet this Motion and Grant petitioner the opportunity to be heard.

RESPECTFULLY SUBMITTED BY THE UNDERSIGNED ON THIS 7th DAY OF APRIL 2008.

*Farmer*

LOVINA FARMER
FEDERAL CORRECTIONAL CAMP
P.O. BOX 5100
ADELANTO, CA. 92301