CERTIFICATE OF SERVICE

THIS IS TO CERTIFIED THAT I LOVINA FARMER DEPOSIT THIS RESPOND TO THIS HONORABLE COURT ON THIS 9th DAY OF APRIL, 2008.

LOVINA FARMER
FEDERAL CORRECTIONAL CAMP
P.O. BOX 5100
ADELANTO, CA. 92301