

**U.S. Department of Justice**

Federal Bureau of Prisons

*South Central Region*  06 JUL 26   AM 3:10

---

*4211 Cedar Springs Road, Suite 300*
*Dallas, Texas 75219*

June 30, 2006

The Honorable Daniel K. Inouye
United States Senate
Hart Senate Office Building
Suite 722
Washington, D.C.  20610-1102

Re: FARMER, Lovina
    Reg. No. 88539-022

Dear Senator Inouye:

Thank you for your recent letter and attached correspondence from Ms. Leann Fu regarding her sister-in-law Lovina Farmer, who is incarcerated at Carswell Federal Medical Center (FMC) in Fort Worth, Texas.  Ms. Fu states Ms. Farmer has been diagnosed with breast cancer, a large mass in her lungs, and has been told she has something wrong with her ovaries.  Ms. Fu reports Ms. Farmer requires surgery, which has not been scheduled since her arrival at FMC Carswell.  In addition, Ms. Fu states Ms. Farmer is experiencing shortness of breath and dizziness, which she was told was related to stress and anxiety.  Ms. Fu requests your assistance in expediting medical treatment for Ms. Farmer.

Ms. Farmer has signed a release of information, giving consent to authorize the release of specific medical information regarding her medical condition and treatment.

The Clinical Director at FMC Carswell has conducted a review of Ms. Farmer's medical record.  Ms. Farmer arrived at FMC Carswell on May 16, 2006, as a transfer from the Federal Prison Camp in Victorville, California.  She was transferred with recommendations for surgery, possible chemotherapy, and radiation treatments for breast cancer.

On May 17, 2006, Ms. Farmer was evaluated by her attending physician and the staff gynecologist, who ordered appropriate medication and several diagnostic studies.  Since that time,

Ms. Farmer has been evaluated by a general surgeon, an oncologist, and a breast surgeon. She is currently undergoing extensive diagnostic testing. Ms. Farmer will have a follow-up appointment with the breast surgeon to discuss treatment options in the near future after the results from all requested diagnostic testing have been received.

The consultant oncologist recommended Ms. Farmer consider surgery to remove her ovaries as a prophylactic measure.

Additionally, Ms. Farmer has a mediasteinal mass, which requires definitive diagnosis. A consult with a cardiothoracic surgeon is pending.

There is no evidence in Ms. Farmer's medical record to indicate she has requested evaluation for complaints of shortness of breath or dizziness. However, Ms. Farmer is encouraged to request evaluation by medical staff for any health concerns she may have.

After reviewing her medical record, the Clinical Director has determined Ms. Farmer is receiving timely and appropriate medical care. I assure you Ms. Farmer is receiving the appropriate medical diagnostic testing and evaluations by specialists necessary to formulate a plan of treatment for her condition. Ms. Farmer will continue to receive quality medical care by concerned, professional staff, who remain actively involved with her treatment.

I trust this information will be helpful to you in responding to your constituent. Should you require additional information, please do not hesitate to contact me at 214-224-3400.

Sincerely,

*B. A. Rhodes*
for G. Maldonado, Jr.
Regional Director

cc: Ginny Van Buren, Warden
    FMC Carswell

DANIEL K. INOUYE
HAWAII

APPROPRIATIONS
Subcommittee on Defense—Ranking Member

COMMERCE
Subcommittee on Surface Transportation and
Merchant Marine—Ranking Member

COMMITTEE ON INDIAN AFFAIRS

DEMOCRATIC STEERING AND COORDINATION
COMMITTEE

COMMITTEE ON RULES AND ADMINISTRATION

# United States Senate

SUITE 722, HART SENATE OFFICE BUILDING
WASHINGTON, DC 20510–1102
(202) 224–3934
FAX (202) 224–6747

PRINCE KUHIO FEDERAL BUILDING
ROOM 7-212, 300 ALA MOANA BOULEVARD
HONOLULU, HI 96850–4975
(808) 541–2542
FAX (808) 541–2549

101 AUPUNI STREET, NO. 205
HILO, HI 96720
(808) 935–0844
FAX (808) 961–5163

June 19, 2006

Ms. Leann Fu
4867 Manulele Street
Lihue, Hawaii 96766

Dear Ms. Fu:

On behalf of Senator Inouye, who is currently in Washington, D.C., I am writing to acknowledge receipt of your communication regarding your sister-in-law, Lovina Farmer.

Senator Inouye would be pleased to assist you in this matter and has contacted Mr. Ronald Thompson, Director of the Bureau of Prisons' South Central Office, on her behalf. Please be assured that we will contact you upon receipt of a reply.

Aloha,

SARA DALY
Special Assistant, Honolulu Office

## BARSTOW COMMUNITY HOSPITAL
555 South 7th Street
Barstow, California 92311

PATH NO.   B-204-06
Pt. No.    163785
DOB:       9/5/60

# PATHOLOGY REPORT

| | |
|---|---|
| Patient: | Farmer, Lovina   Age: 45   Sex: F   Date: 3/16/06 |
| Physician(s): | Taylor/Barton |
| Specimen(s): | Stereotactic core needle biopsy right breast |
| Clinical History: | Right breast ca++ |
| Operation: | Right breast stereotactic core needle biopsy, with use of 11 gauge mammotome |
| Preop Diagnosis: | Right breast ca++ |
| Postop Diagnosis: | Same |
| GROSS: | The specimen presents in formalin labeled stereotactic core needle biopsy right breast. The specimen consists of multiple, light tan, linear fragments of varying lengths, each measuring up to 0.3 cm in diameter. The specimen is submitted in toto after distributing into three cassettes labeled A-C, for levels.<br>Dictated by: Rao Paladugu, M.D. |
| MICROSCOPIC: | The sections labeled A-C show fragments of breast tissue showing a spectrum of mammary dysplastic changes with focal areas of sclerosing adenosis, as well as ductal papillomatosis. The fragments also show focal areas of atypical ductal hyperplasia. A few foci of in-situ lobular carcinoma are also identified. Some of the fragments show benign microcalcifications, while a few small calcifications are also seen in relation to in-situ lobular carcinoma. |
| COMMENT: | For further evaluation, suggest an open biopsy. |

Continued...

Reviewed c sample
today, 04/04/06

ROSS QUINN, M.D.
MEDICAL OFFICER

7609573385      BARSTOW HOSP X-R                          14:16:47   03-31-2006      3/5

# BARSTOW COMMUNITY HOSPITAL
555 South 7th Street
Barstow, California 92311

PATH NO.   B-204-06
Pt. No.    163785
DOB:       9/5/60

## PATHOLOGY REPORT
- 2 -

Patient: Farmer, Lovina    Age: 45    Sex: F    Date: 3/16/06

Physician(s):   Taylor/Barton

Specimen(s):    See Page 1

DIAGNOSIS:    BREAST, RIGHT, STEREOTACTIC CORE BIOPSIES
- MAMMARY DYSPLASIA WITH FOCAL AREAS OF SCLEROSING ADENOSIS AND PAPILLOMATOSIS
- FOCAL AREAS OF ATYPICAL DUCTAL HYPERPLASIA
* FOCI OF IN-SITU LOBULAR CARCINOMA (SEE DESCRIPTION AND COMMENT)
- MICROCALCIFICATIONS

RP/bf
D&T: 3/17/06                          Rao Paladugu, M.D., Pathologist
This material examined at:
St. Mary Medical Center
18300 Hwy 18, Apple Valley, CA  92307

Reviewed c inmate today
04/04/06

ROSS QUINN, M.D.
MEDICAL OFFICER

## Minute Entries

1:02-cr-00040-HG-HG USA v. Farmer **CASE CLOSED on 05/13/2005**

**U.S. District Court**

**District of Hawaii - CM/ECF V3.1.2 (12/07)**

**Notice of Electronic Filing**

The following transaction was entered on 3/13/2008 at 11:45 AM HST and filed on 3/13/2008
**Case Name:**      USA v. Farmer
**Case Number:**    1:02-cr-40
**Filer:**
**Document Number:** 359

**Docket Text:**
**EO: re [356] Movant Lovina Farmer's "Motion Under 28 U.S.C. §2255 to Vacate, Set Aside, or Correct Sentence By a Person in Federal Custody. On December 10, 2007, the Court entered an "Order Denying Defendant Lovina L. Farmer's Motion to Grant an Extension to File §2255 Motion to Vacate or Reduce Sentence." Farmer's February 28, 2008 filings do not provide any explanation as to why equitable tolling would apply. Farmer has until April 14, 2008 to file a memorandum explaining why equitable tolling applies under the circumstances of her case. The Government has until May 14, 2008 to file a response. The Court will not consider merits of the Section 2255 Motion until resolving the timeliness issue. The Courts Minute Order, dated March 11, 2008, directing the Government to file a response addressing the matters asserted in the petition as grounds for relief by March 31, 2008 is VACATED. (CHIEF JUDGE HELEN GILLMOR)(mrf)**

**1:02-cr-40-2 Notice has been electronically mailed to:**

Beverly W. Sameshima   beverly.sameshima@usdoj.gov, USAHI.ECFNarcotics@usdoj.gov, dawn.aihara@usdoj.gov

**1:02-cr-40-2 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=3/13/2008] [FileNumber=454010-0]
[94091ca4ef1eb9ef63ce02bbc8706226c5bb329f8a47614e80e98d6d415495cfcd0e