LOVINA FARMER # 88539-022
FEDERAL CORRECTIONAL CAMP
P.O. BOX 5100
ADELANTO, CA. 92301

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF HAWAII
304 UNITED STATES COURTHOUSE
300 ALA MOANA BLVD
HONOLULU, HAWAII, 96850

